1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:18-MJ-0181-CKD

12 |            Plaintiff,            | RELEASE ORDER

13 |     v.

14 | LATRYELL JAMES CALDWELL,
   | ISMAEL CALDWELL,
15 | SOMPHONG XAI VONGSUWAN, and
   | TONY THATSANA,
16 |
   |            Defendants.
17

18                          **ORDER**

19      By separate Order entered this date, the Court has granted the government's motion to dismiss

20 the complaint and directed the Clerk of the Court to close this case. Accordingly, defendants Latryell

21 Caldwell, Somphong Xai Vongsuwan, and Tony Thatsana, should be ordered released from custody.

22      Good cause appearing, IT IS ORDERED that LATRYELL JAMES CALDWELL, SOMPHONG

23 XAI VONGSUWAN, and TONY THATSANA be released from federal custody in the above-captioned

24 case immediately.

25 Dated: October 5, 2018

26                                      _____
                                        KENDALL J. NEWMAN
27                                      UNITED STATES MAGISTRATE JUDGE

28

Certified copy to U.S. Marshals Service

RELEASE ORDER                            1