1  McGREGOR W. SCOTT
United States Attorney
2  TIMOTHY H. DELGADO
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0181-CKD |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | |
| LATRYELL JAMES CALDWELL, ISMAEL CALDWELL, SOMPHONG XAI VONGSUWAN, and TONY THATSANA, | ATTACHED DOCUMENTS HAVE BEEN APPROVED FOR FILING UNDER SEAL |
| Defendants. | |

Pursuant to Local Rule 141(b), and based on the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the documents referenced in the government's Request to Seal shall be SEALED until further order of the Court. It is FURTHER ORDERED that access to the sealed documents shall be limited to the Court, authorized court personnel, and the government.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), and *United States v. Doe*, 870 F.3d 991 (9th Cir. 2017). The Court finds that, for the reasons stated in the government's Request to Seal, sealing the documents referenced in the government's Request to Seal serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. The Court further finds that there are no additional alternatives to sealing the above-described

ORDER GRANTING REQUEST TO SEAL DOCUMENTS          1

document that would adequately protect the compelling interests identified by the government.

SO ORDERED.

Dated: October 5, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE